UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00183 |
| | ) | Senior Judge Nixon |
| MONICO SANDERS | ) | |

MOTION TO SET DATE FOR PLEA HEARING

Defendant, Monico Sanders, by and through counsel, respectfully moves this Honorable Court to set a date for a plea hearing in the above-captioned case. Counsel requests that the plea hearing be set in approximately two weeks, so that both parties can finalize the disposition.

*Granted. Hearing set for Thursday, June 27, 2013, at 10:00 a.m.*

Respectfully submitted,

s/ Dumaka Shabazz
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

_____
John T. Nixon
Senior Judge
US District Court

_____ day ____ June, 2013.